CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by the Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by the Council of the City of New York for leave to file a brief amicus curiae on the appeal herein and for other relief granted only to the extent that two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by Adriano Espaillat et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006